UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHELLEY FISH, )<br>                 Plaintiff, )<br>)<br>-v- )<br>)<br>COMMISSIONER OF SOCIAL SECURITY, )<br>                 Defendant. )<br>) | No. 1:18-cv-1257<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has vacated the final decision of the Commissioner of Social Security and remanded the matter for further factual findings under sentence four of 42 U.S.C. § 405(g). All pending claims before this Court have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 3, 2020                                   /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge