UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLEY A. FISH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:18-cv-1257

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has filed a motion for attorney fees under the Equal Access to Justice Act (EAJA). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 26, 2020, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for EAJA fees (ECF No. 20) is DENIED.

Dated: November 18, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge